IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE WILLIAMS,<br>        *Petitioner* | : | CIVIL ACTION |
| v. | : | |
| SUPERINTENDENT DAVID LARKINS *et al.*,<br>        *Respondents* | : | No. 98-6782 |

## ORDER

AND NOW, this 14th day of July, 2023, upon consideration of George Williams's Motion to Alter, to Amend, to Reconsider, and/or to Vacate (Doc. No. 72), Respondents' Response to Mr. Williams's Motion to Alter (Doc. No. 81), Mr. Williams's reply to the response (Doc. No. 82), it is hereby **ORDERED** that:

1. Mr. Williams's Motion (Doc. No. 72) is **DENIED** for the reasons set forth in the accompanying memorandum.

2. A certificate of appealability will not issue because reasonable jurists would not find it debatable whether the Court was correct in its procedural ruling.

3. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE